UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA



FILED
DEC 1 3 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Quawntel Saunders                           3552727

*(Enter above the full name of the plaintiff or plaintiffs in this action).*    *(Inmate Reg. # of each Plaintiff)*

**VERSUS**    CIVIL ACTION NO. __2:18-cv-1514__
*(Number to be assigned by Court)*

CO II Kummer    LT Baisden
CO I Ewing    Dr. Lye

*(Enter above the full name of the defendant or defendants in this action)*

## COMPLAINT

I. **Previous Lawsuits**

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

        Yes _____    No __X__

1

B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1.  Parties to this previous lawsuit:

    Plaintiffs: _____

    _____

    _____

    Defendants: _____

    _____

    _____

2.  Court (if federal court, name the district: if state court, name the county):

    _____

3.  Docket Number: _____

4.  Name of judge to whom case was assigned:

    _____

5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

    _____

6.  Approximate date of filing lawsuit: _____

7.  Approximate date of disposition: _____

II. **Place of Present Confinement:** Mount Olive Correctional Complex

    A. Is there a prisoner grievance procedure in this institution?

        Yes _X_    No ___

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes _X_    No ___

    C. If your answer is YES:

        1. What steps did you take? File grievance for wrong doing, then went to medical. After grievance came back file to warden then Commissioner

        2. What was the result? Nothing besides all there parties checking the box ~~ept~~ & medical not giving me proper treatment

    D. If your answer is NO, explain why not: Medical gave me thing that didn't work. And AWS said there wasn't any wrong doing.

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Quwontel Saunders 3552727

        Address: One mountainside way Mt Olive, WV 25185

    B. Additional Plaintiff(s) and Address(es): _____

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: __Kummer__

is employed as: __(CoII) Correctional Officer__

at __Mount Olive Correctional Complex__

D. Additional defendants: __LT Baisden, CoI Ewing__
__Correctional Officer at Mount Olive Correctional Complex__
__Dr. Lye   Doctor at Mount Olive Correctional Complex__

IV. **Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On February 27th 2017 CoII Kummer sprayed me in my cell with phantom (ClearOut) with CoI Ewing beside him. Officers then left the pod, and left me in the cell for several mins before coming back. I was sprayed for no reason at all. I didn't do anything at all. I was not wrote up or gave a disciplinary Incident Report. After finally coming to get me out of my cell that they left me in for several minutes with out air, they

4

IV. **Statement of Claim (continued):**

ran water on my face & eye. Medical came to see me & I told them what happen, they told the Correctional Officer's CO# Kummer & LT Buisden to make sure I shower & get the phantom off my visible & private parts. When I was walked back to the pod & the camera was off. Officer CO# Kummer & LT Buisden said you are not getting in the shower. Then I was put back in the same cell that they sprayed phototom in, for 3 days without being able to wash off the phantom. My skin burned the whole (see Attached)

V. **Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want these officers & Doctor reprimanded. I want my medical exspences paid for & replaced too me. I want something to help protect or heal my skin from these damages. I also want 20,000 dollars for the mental, physical, emotional, & Anxiety that all this has caused me over the last year in a half.

## Statement of Claim

3 days of not showering & till this day I still have skin problems from being sprayed. I also have had to keep a inhaler in my cell at all times & take a whole lot of breathing treatment due to being left in the cell with no air running after being sprayed with phantom (clear out). I put a sick call in to be checked on about my breathing & my burns. The nurse. I was treated for my breathing problem. But for my skin conditions Dr. Lye would not treat me or get me any help. He told me several time he will not help me because I got sprayed. The Nurse even told him that see seen the burn & irratation on my visible & private parts. I am still burning & irratted when I sweat, use certain soap or shampoo, or get hot. due to being left in the cell & not being able to shower for 3 days.

V.  Relief (continued):

_____

_____

_____

_____

_____


VII. Counsel

    A.  If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

    B.  Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes _X_        No ____

If so, state the name(s) and address(es) of each lawyer contacted:

Strobel & Johnson 405 capitol st Charleston, WV 25329

Lyndia Milnes 325 willey st Morgantown, WV 26505

If not, state your reasons: _____

_____

    C.  Have you previously had a lawyer representing you in a civil action in this court?

        Yes ____        No _X_

If so, state the lawyer's name and address:

_____

_____

Signed this _____ day of _____, 20 ____.

_____
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____12/8/18_____.
             (Date)

_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

Quawntel Saunders

*Your full name*

v.

Civil Action No.: 2:18-cv-1514

CO II Kummer   LT Baisden
CO I Ewing   Dr. Lye

*Enter above the full name of defendant(s) in this action*

## Certificate of Service

I, Quawntel Saunders (your name here), appearing *pro se*, hereby certify that I have served the foregoing US district court Southern district of WV (title of document being sent) upon the defendant(s) by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the defendant(s) on

12/8/18 (insert date here):

(List name and address of counsel for defendant(s))

_____
(sign your name)